MICHAEL BAILEY
United States Attorney
District of Arizona

SHARON K. SEXTON
Arizona State Bar No. 012359
Assistant U.S. Attorney
Email: Sharon.Sexton@usdoj.gov
KEVIN POOLEY
Arizona State Bar No. 032759
Special Assistant U.S. Attorney
Email: Kevin.Pooley@usdoj.gov
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, Plaintiff, v. Lawrence Lorenzo Blackshire, Defendant. | No. CR-19-1033-PHX-SMB<br><br>**JOINT STIPULATION RE: TELEPHONE CALLS** |

The United States of America and Defendant Lawrence Lorenzo Blackshire, by and through undersigned counsel, hereby stipulate to the following:

1. The male voice on the calls: CDS 11, 13 and 15 is the defendant, Lawrence Blackshire and that the female voice on CD 15 is Lucinda Wilson.

You must therefore treat these facts as having been proved.

RESPECTFULLY SUBMITTED this 9th day of March, 2020.

                                                     MICHAEL BAILEY
                                                     United States Attorney
                                                     District of Arizona

*s/* _____             *s/* _____
DENISE AGUILAR                         SHARON SEXTON
Counsel for Defendant                 KEVIN POOLEY
                                           Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Denise Aguilar,
*Attorney for Defendant*

*s/Keona L. Ross*
U.S. Attorney's Office