**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Susan M. Brnovich | **Date:** March 10, 2020 |
| **USA v. Lawrence Lorenzo Blackshire** | **Case Number:** CR-19-01033-PHX-SMB |

**Assistant U.S. Attorney:** Sharon Sexton and Kevin Pooley
**Attorney for Defendant:** Denise Aguilar, CJA
**Interpreter:** NA
**Defendant:** ☒ Present ☐ Not Present ☐ Released ☒ Custody ☐ Summons ☐ Writ

**JURY TRIAL DAY 1:**

9:09 A.M. Court is in session. Counsel and defendant are present. Jury panel of 54 are present and sworn. Voir dire begins. 10:17 A.M. – Panel members excused for break. Jurors 1, 18, 22, 24, 35, and 36 answer additional questions. 10:38 A.M. Court is in recess.

10:52 A.M. Court is in session. Counsel and defendant and present. Court excuses the following jurors without objection from the parties: 17, 28, 22, 29, 20, 22, 29, 30, 33, 35, 36, 37, 38 and 50. 11:32 A.M. Jury excused for break. Jurors 1, 2, 3, 5 answer additional questions. Jurors 1 and 5 are stricken for cause. 11:47 A.M. Court is in recess. Counsel to make their peremptory strikes.

12:13 P.M. Court is in session. Counsel and defendant are present. Final jury list is reviewed. Counsel have no objections to the final list. 12:17 P.M. Jury panel is present. 13 jurors are seated. Remaining panel is dismissed. The Jury is sworn. 12:24 P.M. Jury is excused to the jury room for additional instructions and lunch. Court is in recess.

1:32 P.M. Court is in session. Counsel and defendant are present. The jury is present. Preliminary jury instructions are read to the jury. 1:48 P.M. Opening Statements are presented. Stipulation re: Jurisdictional Matter (Doc. 51) and Stipulation re: Telephone Calls (Doc. 52) are read to the jury. The parties agree by stipulation to the admittance of the following exhibits: 19-22 and 32-67. Stipulation is granted and exhibits are admitted. Plaintiff's case: Government witnesses Officer Brandon Lewis, Delwin James Ochoa, Jason Michael Low, M.D., sworn and examined. 2:38 P.M. Court is in recess.

2:55 P.M. Court is in session. Counsel and defendant are present. Jury is not present. Scheduling of case discussed. 2:59 PM Jury Present. Government witness Jill Rable, MSN, RN sworn and examined. Government moves to admit exhibit 29. No objection by defense. Exhibit 29 admitted. Juror note discussed with counsel at sidebar. Question from Juror 8 addressed with witness Jill Rable. Government witness Detective Julian Owens sworn and examined. Government moves to admit exhibit 11. Discussion held at sidebar. Exhibit 11 is admitted. Discussion held regarding Government witness Alden Moore. For reasons set forth on the record, the witness can be returned to his prior custody status.

| | |
|---|---|
| **USA v.** Lawrence Lorenzo Blackshire | **Date:** March 10, 2020 |
| **Case Number:** CR-19-01033-PHX-SMB | Page 2 of 2 |

4:22 P.M. Jury is excused until 9:00 A.M. on 3/11/2020.  Discussion held regarding Government's Motion, (Doc. 25).  The motion is taken under advisement.  4:32 P.M.  Court is in recess.

Jury trial resumes at 9:00 A.M. on 3/11/2020**.**

**Court Reporter** Christine Coaly
**Deputy Clerk** Elaine Garcia

**Start:  9:09 A.M.**
**Stop:   4:32 P.M.**